IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KATHERINE WHITE,<br>individually and on behalf of all<br>others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE NIF CRPORATION,<br>d/b/a ED'S SEAFOOD SHED,<br><br>　　　　Defendant, | )<br>)<br>)<br>)<br>)　　CIVIL ACTION NO.<br>)　　　　1:15-cv-0322<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ENTERING STIPULATED JUDGMENT

The Parties have agreed to the entry of a stipulated judgment against Defendant based on the mutual promises contained in their settlement agreement, in accordance with the terms contained therein. After careful consideration of the record and the parties' Second Motion for Settlement Approval (Doc. 99) the Court makes the following findings:

1.　　The settlement is fair and reasonable under the governing standards, and the concerns articulated in *Crabtree v. Volkert, Inc.*, 2013 WL 593500 (S.D. Ala. 2013), are absent.

This Court hereby Orders that judgment is ENTERED against Defendant The NIF Corporation in favor of

　　Plaintiff Katherine White in the amount of FOUR THOUSAND, TWO HUNDRED

　　　　TWENTY-SEVEN AND 25/100 DOLLARS ($4,227.25);

　　Plaintiff Chelsea Bentzel in the amount of ONE THOUSAND, SEVEN HUNDRED

　　　　FORTY-NINE AND 16/100 DOLLARS ($1,749.16);

　　Plaintiff Amanda McGuff in the amount of ONE THOUSAND, EIGHT HUNDRED

　　　　FIFTY-FOUR AND 17/100 DOLLARS ($1,854.17);

Plaintiff Jessica Purdy in the amount of FOUR HUNDRED FIFTY-SIX AND 65/100 DOLLARS ($456.65);

Plaintiff Tina Stewart in the amount of THREE THOUSAND, FOUR HUNDRED SIXTY-THREE AND 65/100 DOLLARS ($3,463.65);

Plaintiff Danielle Stuchman in the amount of NINE HUNDRED FORTY-SIX AND 00/100 DOLLARS ($946.00); and,

Plaintiffs' Counsel in the amount of FORTY-SEVEN THOUSAND, THREE HUNDRED THREE AND 12/100 DOLLARS ($47,303.12).

**DONE** this 5th day of May, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE